**CHRIS DANIEL**

**HARRIS COUNTY DISTRICT CLERK**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/23/2015 9:48:15 AM
CHRISTOPHER A. PRINE
Clerk

April 22, 2015

Certified Mail No.:  7012 2210 0001 5081 7087

TRYMAINE HOLLINS
TEMPORARY ADDRESS
FORT BEND COUNTY JAIL
1410 WILLIAMS WAY BLVD.
RICHMOND, TX 77469

Re: Cause Number 1366598 and 1366599 in the 182nd Judicial District Court

Dear Sir or Madam:

The following documents are being forwarded to you because you are pro-se and in custody.

Enclosed is a certified copy of the trial record in the above numbered and styled cause, which includes:

 2   Volume(s) - Clerk's Record

      Volume(s) – Supplemental Clerk's Record

1-7  Volume(s) – Reporter's Record

The 14th Court of Appeals will be notified when the record is received.

Sincerely,


S. Norris, Deputy
Criminal Post Trial

Enclosure


1201 Franklin   P.O. Box 4651  Houston,  Texas 77210-4651

S:FormsLib\Crim\PostTrial\Appeal          Page 1 of 1          REV. 01-08-03